# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **GERALD HUMPHREY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 4:22-40138-MRG |
| **CUMULUS RADIO, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

**GUZMAN, D.J.**

In accordance with the Memorandum and Order filed on February 25, 2026 [ECF 65] granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED**:

Judgment for the Defendant Cumulus Radio, LLC.

By the Court,

February 25, 2026 /s/Suzanne Frisch
Date Deputy Clerk